**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**195 E76 LLC**,

        Plaintiff,

      - against -

**Savaria Corporation,**
,

        Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/16/2020

20 Civ. 2541(ALC)

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 1, 2020, this Court issued an Order to Show cause why the instant case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely serve the complaint and summons. ECF No. 12. Plaintiff was ordered to respond in writing no later than **October 15, 2020**. To date, there has been no response from Plaintiff. Therefore the Court hereby DISMISSES this claim. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Dated: New York, New York
       October 16, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge