UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**195 E76 LLC**,

        Plaintiff,

        - against -

**Savaria Corporation,**
,

        Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10/23/2020_____

20 Civ. 2541(ALC)

**<u>Order</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 1, 2020, this Court issued an Order to Show Sause why the instant case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely serve the complaint and summons. ECF No. 12. When Plaintiff had not responded by October 15, 2020, the return date on the Order to Show Cause, the Court issued an order dismissing this claim. ECF No. 13.

On October 21, 2020, Plaintiff filed a Motion for Reconsideration indicating that service had been effected in a timely manner, though proof of such service had not been filed, and that Plaintiff was in discussions with Defendant. ECF No. 14.

Upon consideration of Plaintiff's Motion and the supporting Declaration of Yuliya Vangorodska, the Court hereby GRANTS Plaintiff's Motion for Reconsideration. The Clerk of Court is directed to re-open this case. The Parties are ORDERED to file a joint status report on November 6, 2020.

SO ORDERED.
Dated: New York, New York
      October 23, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge