USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

195 E76 LLC,                       No. 20 Civ. 2541(ALC)

        Plaintiff,                    [~~PROPOSED~~] ORDER

  -against-

Savaria Corporation,

        Defendant.

---------------------------------------------------------------- X

Based on the stipulation of the parties, and good cause appearing therefor,

The release by Plaintiff of all claims and potential claims it has or may have against Defendant is hereby APPROVED; and

IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: 3/19/2021                          _____
                                                       Andrew L. Carter, Jr.
                                                       United States District Judge